**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

CARROLL RAY FENDER,  \*

    Plaintiff  \*

        Case Number 7:10-CV-100 (HL)

vs.  \*

COLQUITT COUNTY SHERIFF'S  \*
OFFICE/JAIL and Lt. LARRY BYRD

        \*

    Defendants

## **J U D G M E N T**

Pursuant to this Court's Order dated October 21, 2010, and for the reasons stated therein, JUDGMENT is hereby entered dismissing case. Plaintiff shall recover nothing from Defendants.

This 22nd day of October, 2010.

        Gregory J. Leonard, Clerk

        s/ Robin L. Walsh
        Deputy Clerk